UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **10-20680-CIV-MORENO**

DeARMAND LEROY HULL,

    Appellant,

vs.

DONALD F. WALTON,

    Appellee.

_____/

### ORDER GRANTING MOTION TO DISMISS

THIS CAUSE came before the Court upon the Trustee's Motion to Dismiss Appeal **(D.E. No. 8)**, filed on **May 5, 2010**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED for Appellant's failure to comply with Federal Rule of Bankruptcy Procedure 8009(a). Appellant failed to file his brief within 14 days of the entry of the appeal, which was on March 8, 2010. Therefore, the Court dismisses the instant appeal.

DONE AND ORDERED in Chambers at Miami, Florida, this 7 day of May, 2010.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record